UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KEVIN WASHINGTON,

    Plaintiff,

vs.                                           Case No. 8:16-cv-1281-T-27TGW

BLUE GRACE LOGISTICS, LLC,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** are four Motions *in Limine* (Dkts. 51, 52, 57, 58) and the respective responses (Dkts. 60, 61, 62, 63).

1. Defendant, Blue Grace Logistics LLC's First Motion *in Limine* Regarding Position(s) Taken by Reese Weathers in Private Litigation against Plaintiff, Kevin Washington (Dkt. 51), and Plaintiff's Response (Dkt. 60):

This motion is provisionally GRANTED. Plaintiff shall not mention in the presence of the jury or attempt to introduce any testimony about the position Reese Weathers took in prior litigation with Plaintiff without first approaching the bench and obtaining a ruling on the admissibility of such evidence.

2. Defendant, Blue Grace Logistics LLC's Second Motion *in Limine* Regarding Position Taken or Not Taken by Defendant in Response to Plaintiff's Unemployment Claim (Dkt. 52), and Plaintiff's Response (Dkt. 61):

This motion is DENIED without prejudice.

3. Plaintiff's Motion *in Limine* Regarding Prior Litigation (Dkt. 57), and Defendant's Response (Dkt. 63):

This motion is provisionally GRANTED. Defendant shall not mention in the presence of the

1

jury or attempt to introduce any testimony about Plaintiff's prior litigation without first approaching the bench and obtaining a ruling on the admissibility of such evidence.

4. <u>Defendant, Blue Grace Logistics LLC's Third Motion *in Limine* to Exclude any Evidence that Does Not Conform to the Theories of Liability as Alleged in Plaintiff Kevin Washington's Third Amended Complaint (Dkt. 58), and Plaintiff's Response (Dkt. 62)</u>:

This motion is DENIED.

**DONE AND ORDERED** this 29th day of January, 2018.

_____
**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to: Counsel of Record